UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22484-CIV-HUCK/SIMONTON

ROBIN JANE GURMAN,

    Plaintiff,

v.

LEVITT-WEINSTEIN MEMORIAL CHAPELS,
INC., and ALDERWOODS GROUP INC.,

    Defendant.
_____/

## DISCOVERY ORDER

Presently pending before the Court is Defendant's Motion to Compel Independent Medical Examination (DE # 11). This matter was referred to the undersigned Magistrate Judge by the Honorable Paul C. Huck, United States District Judge (DE # 3). Following an expedited telephonic hearing on December 5, 2007, Plaintiff filed an Affidavit in opposition to the motion (DE # 15), and Defendant filed a reply (DE # 16). A telephonic hearing on this motion, and Plaintiff's *ore tenus* Motion for a Protective Order to require Plaintiff's deposition to be taken in Pennsylvania, was held on December 18, 2007. This Order sets forth various rulings made during the course of that telephonic hearing, and incorporates by reference the reasons stated on the record.

In sum, the undersigned finds that Plaintiff has established, based upon her medical condition, that both the independent medical examination and her deposition should occur in Pennsylvania, in the District in which she resides. It is undisputed that Defendant is entitled to such an examination, and that the tests included in the motion should be performed. Plaintiff's deposition will be taken in conjunction with the depositions of her treating physicians, who are located where she resides. The

undersigned reserves jurisdiction to consider a motion for reimbursement of expenses incurred by Defendant with respect to its prior retention of an expert witness in this District. Defendant was not aware of the amount of expenses, and the date they were incurred (with respect to its notice that Plaintiff considered herself too ill to travel), since no bill for expert services has been received by Defendant. These are matters which may be addressed, if necessary, by a separate motion for an award of costs.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Defendant's Motion to Compel Independent Medical Examination (DE # 11) in Miami, Florida, is **DENIED** to the extent that Plaintiff will not be required to travel to Miami, Florida. Plaintiff shall make herself available for this examination where she resides in Pennsylvania. The Court reserves jurisdiction to consider a Motion for Reimbursement of Expenses by Defendant.

2. Plaintiff's *ore tenus* Motion for a Protective Order, in which she seeks to require Defendant to take her deposition in Pennsylvania is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on December 18, 2007.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Paul C. Huck, United States District Judge
All counsel of record